# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 4, 2013

145682

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

READ LUMBER & HARDWARE INC d/b/a
LAKELAND ACE HARDWARE,
　　　　　Plaintiff/Counter-Defendant-
　　　　　Appellee,

v

MARY ANN LAMKIN and STEVE LAMKIN,
　　　　　Defendants/Counter-Plaintiffs-
　　　　　Appellants.

SC: 145682
COA: 303597
Livingston CC: 05-021728-CH

_____/

　　　　On order of the Court, the application for leave to appeal the July 3, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

　　　　VIVIANO, J., not participating.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 4, 2013 _____

_____
Clerk

p0225